AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

_____

BLAKE SANDLAIN
_____
Petitioner

v.

(FCI) Milan Warden ERIC RARDIN
_____
Respondent
(name of warden or authorized person having custody of petitioner)

Case: 4:25-cv-13488
Assigned To : Kumar, Shalina D.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 11/3/2025
Description: HC SANDLAIN V RARDIN
(LLH)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: BLAKE SANDLAIN
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: Home Confinement
   (b) Address: 8307 Manor, Detroit Michigan 48204
   (c) Your identification number: 12250088
3. Are you currently being held on orders by:
   ☒ Federal authorities      ☐ State authorities      ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
         (a) Name and location of court that sentenced you: Eastern District of Michigan
         (b) Docket number of criminal case: 14-CR-20283-1
         (c) Date of sentencing: May 7, 2015
   ☐ Being held on an immigration charge
   ☐ Other (explain):

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

- ☐ Pretrial detention
- ☐ Immigration detention
- ☐ Detainer
- ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
- ☐ Disciplinary proceedings
- ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: **N/A**

   (b) Docket number, case number, or opinion number: **N/A**
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): **N/A**

   (d) Date of the decision or action: **N/A**

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes     ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: **B.O.P.**

       (2) Date of filing: **September 25, 2028**
       (3) Docket number, case number, or opinion number: **N/A**
       (4) Result: **B.O.P. Never Responded**
       (5) Date of result: **N/A**
       (6) Issues raised: **B.O.P. Failing to Calculate my F.S.A. Credits, and Refusing to place me on Supervise Release on time**

   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes     ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: N/A
        (2) Date of filing: N/A
        (3) Docket number, case number, or opinion number: N/A
        (4) Result: N/A
        (5) Date of result: N/A
        (6) Issues raised: N/A

    (b) If you answered "No," explain why you did not file a second appeal: I couldn't appeal to the second appeal, because i never received a response from the first appeal that's required to proceed to the second appeal

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes      ☒ No

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: N/A
        (2) Date of filing: N/A
        (3) Docket number, case number, or opinion number: N/A
        (4) Result: N/A
        (5) Date of result: N/A
        (6) Issues raised: N/A

    (b) If you answered "No," explain why you did not file a third appeal: The first appeal was not responded to, so i cannot appeal to the third appeal

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes      ☒ No

If "Yes," answer the following:
    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes      ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: N/A
(2) Case number: N/A
(3) Date of filing: N/A
(4) Result: N/A
(5) Date of result: N/A
(6) Issues raised: N/A

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☒ No

If "Yes," provide:
(1) Name of court: N/A
(2) Case number: N/A
(3) Date of filing: N/A
(4) Result: N/A
(5) Date of result: N/A
(6) Issues raised: N/A

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: N/A

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: N/A
(b) Date of the removal or reinstatement order: N/A
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☒ No

If "Yes," provide:
(1) Date of filing: N/A
(2) Case number: N/A
(3) Result: N/A
(4) Date of result: N/A
(5) Issues raised: N/A

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes ☒ No
If "Yes," provide:
(1) Name of court: N/A
(2) Date of filing: N/A
(3) Case number: N/A
(4) Result: N/A
(5) Date of result: N/A
(6) Issues raised: N/A

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: N/A
(b) Name of the authority, agency, or court: N/A
(c) Date of filing: N/A
(d) Docket number, case number, or opinion number: N/A
(e) Result: N/A
(f) Date of result: N/A
(g) Issues raised: N/A

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** The B.O.P. Failing to execute my sentence properly, by Not Calculating my FSA Credits Correctly, and by Not placing me on supervised Release on time

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

See Attached Memorandum of Law

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND TWO:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: N/A

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND THREE:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: N/A

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND FOUR:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: N/A

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes  ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A

**Request for Relief**

15. State exactly what you want the court to do: I'm Requesting that my FSA credits are adjusted to Reflect that I'm placed on Supervise Release, as the five months and twenty days that the B.O.P. Refuse to award to me allows me to be placed on Supervised Release.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
October 28, 2025

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 10/28/2025

Blake Sunshine
_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

## MEMORANDUM OF LAW IN SUPPORT OF

## 2241

AS A PRELIMINARY MATTER,PETITIONER RESPECTFULLY REQUEST THAT THIS HONORABLE COURT BE MINDFUL THAT PRO SE PLEADINGS ARE TO BE CONSTRUED LIBERALL.SEE,HAINS V KERNER,404 U.S. 519 (1972)(PER CURIUM).

### ISSUE PRESENTED

WHEN THE B.O.P. PLACED PETITIONER IN PRE-RELEASE CUSTODY FOR THE TWELVE MONTHS THAT WERE ACCUMALATED THROUGH PROGRAMING WHILE INCARCERATED,DOES THE ACCUMULATION AND APPLYING THE FSA TIME CREDITS STOP ONCE PETITIONER IS PLACED IN PRE-RELEASE CUSTODY DESPITE THE FACT PETITIONER IS PARTICIPATING IN PROGRAMING IN PRE-RELEASE CUSTODY ?

### I.INTRODUCTION

PETIONER RESPECTFULLY SUBMITS THIS MEMORANDUM OF LAW IN SUPPORT OF HIS PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 USC 2241.PETITIONER CHALLENGES THE BUREAU OF PRISONS (B.O.P.) FAILURE TO APPLY EARNED TIME CREDITS (ETC) UNDER THE FIRST STEP ACT (FSA),WHICH WOULD RESULT IN HIS IMMEDIATE OR EARLIER PLACEMENT ON SUPERVISED RELEASE.

### II.JURISDICTION AND VENUE

THIS COURT HAS JURISDICTION UNDER 28 U.S.C.2241 BECAUSE PETITIONER IS IN CUSTODY AND CHALLENGES THE EXECUTION OF HIS SENTENCE.VENUE IS PROPER IN THIS DISTRICT BECAUSE PETITIONER IS CONFINED IN THE B.O.P.,LOCATED WITHIN THE JURISDICTION OF THIS COURT.

### III.STATEMENT OF FACTS

.PETITIONER IS CURRENTLY SERVING A FEDERAL SENTENCE IMPOSED BY THE EASTERN DISTRICT OF MICHIGAN,FOR THE OFFENSE OF 21 USC 841,18 USC 922 (G),21 USC 841 (B).

.PETITIONER HAS SUCCESSFULLY COMPLETEED MULTIPLE EVIDENCE-BASED RECIDIVISM REDUCTION(EBBR)PROGRAMS AND PRODUCTIVE ACTIVITIES AS DEFINED UNDER THE FSA.

.PETIONER HAS ACCRUED OVER FIVE MONTHS AND TWENTY DAYS OF ETCS,WHICH SHOULD BE APPLIED TOWARD EARLY PLACEMENT IN SUPERVISED RELEASE PURSUANT TO 18 USC 3632(D)(4)(C).

.DESPITE ELIGIBILITY,THE B.O.P. HAS FAILED TO APPLY THESE CREDITS,CITING THE FSA CREDITS STOPS WHEN INMATES ARE PLACED IN THE HAFWAY HOUSE,WHICH IS A MISINTERPRETATATION OF FEDERAL STATUTE 18 USC 3632(D)(4)(C),AND B.O.P. POLICY 5140.41.



EXHIBIT A – B.O.P. TIME CREDIT CALCULATION SHEET ATTACHED.

EXHIBIT B - BP-9 ATTACHED.

## IV. ARGUMENT

A. UNDER 18 USC 3632 (D)(4)(C), ELIGIBLE INMATES WHO SUCCESSFULLY COMPLETE EBRR PROGRAMS AND PAS 'SHALL EARN 10 DAYS OF TIME CREDITS FOR EVERY 30 DAYS OF SUCCESSFUL PARTICIPATION." THOSE ASSESSED AS MINIMUM OR LOW RISK LIKE PETITIONER EARN AN ADDITIONAL 5 DAYS PER – 30 DAY PERIOD.

B. THE BOP FAILURE TO APPLY ETC VIOLATES THE FSA AND DUE PROCESS.
THE BOP REFUSAL TO APPLY ETC VIOLATES THE PLAIN LANGUAGE OF THE STATUTE AND UNDERMINES CONGRESSIONAL INTENT, AND BOP POLICY. COURTS HAVE HELD THAT ONCE CREDITS ARE EARNED, THE BOP MUST APPLY THEM TOWARD EARLY RELEASE. SEE, ALPHONSO WOODLEY V WARDEN USP LEAVENWORTH, LEXIS#87521(10TH CIR 2024)( THE TENTH CIRCUIT HELD, ONCE THE (ETC) TIME CREDTS EQUAL UP TO THE TIME TO BE PLACED, THE BOP MUST PLACE THE INMATE. SEE, GOODWIN V FIKES, W.L.152264(S.D.CAL JAN.11,2023)(COURTS HELD THAT BOP MUST APPLY EARNED CREDITS UNLESS THE INMATE IS INELIGIBLE UNDER THE STATUTE. SEE, BENNETT V SALAZAR, W.L.356935(D.N.M. JAN.23,2023)(FOUND THAT BOP REFUSAL TO APPLY CREDITS POST-PLACEMENT IN PRE-RELEASE CUSTODY WAS INCONSISTENT WITH THE FIRST STEP ACT). ALSO SEE, O'BRIAN V COX W.L.179995(E.D.KY JAN.13,2023)(REAFFIRMED THAT CREDITS APPLY TOWARD SUPERVISED RELEASE AND CONTINUE UNLESS THE INMATE OPTS OUT OR IS PLACED IN SHU).

PETITIONER WOULD LIKE TO EVOKE THE EXCUSED EXCEPTION FOR NOT RESOLVING THIS <u>ISSUE THROUGH THE ADMINISTRATIVE REMEDY PROCESS</u>
PETITIONER ASSERT THAT HE FILED THE ATTACHED BP-9 SEPTEMBER 25, 2025. SINCE THEN THE THIRTY DAYS TO RESPOND HAS ELAPSED WITH NO RESPONSE BY THE BOP. SEE, SANGO V FLEURY, 2022 U.S. APP.LEXIS#12111(6TH CIR 2022) ("HOLDING WHEN ADMINISTRATIVE REMEDY PROCESS IS THWARTED BY ADMINISTRATORS THAT DEPRIVE A PETIONER FROM PROCEEDING TO THE NEXT STEP OF THE ADMINISTRATIVE REMEDY PROCESS, THE ADMINISTRATIVE REMEDY PROCESS MAY BE EXCUSED".)

## RELIEF REQUESTED

PETITIONER RESPECTFULLY REQUESTS THAT THIS COURT:
ISSUE A WRIT OF HABEAS CORPUS DIRECTING THE BOP TO APPLY THE FIVE MONTHS TWENTY DAYS TO THE SEVEN MONTHS TWENTY-THREE DAYS PETITIONER HAS BEEN IN

(a)

SUPERVISE RELEASE AS THE TIME EQUALS UP TO THE ONE YEAR THAT PETIONER WAS REQUIRED TO SPEND IN THE HALFWAY HOUSE, AND ORDER THAT PETIONER IS IMMEDIATEILY PLACED ON SUPERVISED RELEASE, AS PETITIONER IS BEYOND THE TIME <u>THAT HE SHOULD HAVE BEEN PLACED ON SUPERVISED RELEASE</u>

DATE: October 28, 2025

*Blake Sandlain*
BLAKE SANDLAIN #12250088

8307 Manor St.

DETROIT, MICHIGAN 48204

EMAIL Sandlainb@gmail.com

(313)367-9963

(3)

**U.S. DEPARTMENT OF JUSTICE**         **FEDERAL BUREAU OF PRISONS**

```
Register Number....: 12250-088          Responsible Facility: CDT
Inmate Name                             Assessment Date.....: 10-15-2025
   Last............: SANDLIN            Period Start/Stop...: 12-21-2018 to 10-15-2025
   First...........: BLAKE              Accrued Pgm Days....: 2375
   Middle..........: JOSEPH             Disallowed Pgm Days.: 115
   Suffix..........:                    FTC Towards RRC/HC..: 535   Time Credits
Gender.............: MALE               FTC Towards Release.: 365
Start Incarceration: 05-07-2015         Apply FTC to Release: Yes
```

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 12-21-2018 | 07-03-2021 | accrue | 925 |

  Accrued Pgm Days...: 925
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 300

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 07-03-2021 | 10-19-2021 | disallow | 108 |

  **Not in qualifying admit status.**

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| 9-S | ARS | A-ADMIT | 07-02-2021 07:19 | 08-19-2021 11:02 |
| MCD | ARS | FED WRIT | 07-02-2021 07:19 | 10-20-2021 17:00 |
| MIL | ARS | A-BOP HLD | 08-19-2021 11:02 | 09-28-2021 10:50 |
| 9-S | ARS | RELEASE | 08-19-2021 11:02 | 08-19-2021 11:02 |
| A02 | ARS | A-ADMIT | 09-28-2021 10:50 | 09-28-2021 15:45 |
| MIL | ARS | HLD REMOVE | 09-28-2021 10:50 | 09-28-2021 10:50 |
| OKL | ARS | A-HLD | 09-28-2021 14:45 | 10-20-2021 08:00 |
| A02 | ARS | RELEASE | 09-28-2021 15:45 | 09-28-2021 15:45 |

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 10-19-2021 | 06-14-2023 | accrue | 603 |

  Accrued Pgm Days...: 603
  Carry Over Pgm Days: 25
  Time Credit Factor.: 10
  Time Credits.......: 200

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 06-14-2023 | 06-21-2023 | disallow | 7 |

  **Not in qualifying admit status.**

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| 9-S | ARS | A-ADMIT | 06-13-2023 07:11 | 06-13-2023 16:10 |

10-15-2025        (1)        Assessment# -2143134802

Exhibit (A)

Case 2:25-cv-13488-GAD-EAS  ECF No. 1, PageID.13  Filed 11/03/25  Page 13 of 17
Register Number:12250-088  Last Name:SANDLIN
U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

```
   MCD      ARS       TRANSFER    06-13-2023 07:11  06-13-2023 07:11
   OKL      ARS       A-BOP HLD   06-13-2023 15:10  06-22-2023 08:45
   9-S      ARS       RELEASE     06-13-2023 16:10  06-13-2023 16:10
------------------------------------------------------------------------
Start        Stop          Pgm Status   Pgm Days
06-21-2023   12-23-2023    accrue       185
  Accrued Pgm Days...: 185
  Carry Over Pgm Days: 28
  Time Credit Factor.: 10
  Time Credits.......: 70
------------------------------------------------------------------------
Start        Stop          Pgm Status   Pgm Days
12-23-2023   10-15-2025    accrue       662
  Accrued Pgm Days...: 662
  Carry Over Pgm Days: 3
  Time Credit Factor.: 15
  Time Credits.......: 330
--- FSA Assessment(s) --------------------------------------------------
 #    Start       Stop        Assignment   Asn Start         Factor
001   12-21-2018  01-18-2019  R-MED        04-28-2021 10:08  10
002   01-18-2019  07-17-2019  R-MED        04-28-2021 10:08  10
003   07-17-2019  01-13-2020  R-MED        04-28-2021 10:08  10
004   01-13-2020  07-11-2020  R-MED        04-28-2021 10:08  10
005   07-11-2020  01-07-2021  R-MED        04-28-2021 10:08  10
006   01-07-2021  07-06-2021  R-MED        04-28-2021 10:08  10
007   07-06-2021  01-02-2022  R-MED        04-28-2021 10:08  10
008   01-02-2022  07-01-2022  R-MED        10-25-2021 13:15  10
009   07-01-2022  12-28-2022  R-MED        04-21-2022 08:32  10
010   12-28-2022  06-26-2023  R-LW         10-02-2022 10:55  10
011   06-26-2023  12-23-2023  R-LW         03-30-2023 08:53  10
012   12-23-2023  06-20-2024  R-LW         07-18-2023 08:31  15
013   06-20-2024  12-17-2024  R-LW         01-04-2024 07:41  15
014   12-17-2024  06-15-2025  R-LW         12-03-2024 08:35  15
015   06-15-2025  09-13-2025  R-LW         12-03-2024 08:35  15
016   09-13-2025  12-12-2025  R-LW         12-03-2024 08:35  15
```

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ----------------
All conditional days and conditional dates below are the individual's best case scenario given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of 10-15-2025. These dates can change if there are changes to one or more of the following: the individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT OF 0 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE: (a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND (5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---
Projected Release Date: 06-07-2027
Projected Release Method: GCT REL
FSA Projected Release Date: 06-07-2026
FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 06-07-2026
SCA Recommended Placement Days (Following 5 Factor Review): 0*
SCA Recommended Placement Date: N/A*
SCA Max. Statutory HC Placement Days if appropriate (lesser of 6 months/10%): 182*
FSA Conditional Placement Days: 535
FSA Conditional Placement Date: 12-19-2024
Conditional Transition To Community Date: 12-19-2024*
Max. Statutory HC Placement Date (if approp.): 06-20-2024*
Recommended HC Placement Date (if approp.): 12-19-2024*
**Default SCA conditional placement days. This requires a 5 Factor Review!**

| From: SANDWIN Blake | 12250055 | N/A | HOME CONFINEMENT |
|---|---|---|---|
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A - INMATE REQUEST**

This BP-9 is being written to Respectfully Request that the BOP continue to apply my First Step Act (FSA) earned time credits while I am in Pre-Release custody (RRC or home confinement). Reason: The First Step Act, 18 U.S.C. 3632(d)(4), states that FSA credits stop only if an inmate opts out of programming, is in disciplinary segregation (SHU), or is unavailable due to writ/transfer. The

September 25, 2025 ← Continued on Attached Page → Blake Sandwin

DATE  SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE  WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE  CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL  REG. NO.  UNIT  INSTITUTION
SUBJECT: _____

DATE  RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR  BP-229(13) APRIL 1982

Exhibit (B)

Statute does not say credits stop once left in prerelease custody. The law clearly intends credits to apply toward prerelease custody or supervised release. See, highlighted section of the First Step Act of (2018) attached, clearly stating; "<u>Application of Time Credits toward Prerelease Custody or Supervised Release</u>".

By halting my credits upon prerelease placement, the B.O.P is adding an exception congress did not create. This contradicts the plain text of the statute as shown from the attachment, undermines its purpose. To resolve this matter, i request that my FSA time credits be continued and applied while i am in prerelease custody RRC/Home Confinement), and that my Release date is adjusted according to the following: "I was placed in the Halfway House March 4, 2025 which is six months. I accured three months off the six months based on earning 15 days a month, which would make me eligible for placement on supervised release December 4, 2025 as that date with the accumulated 15 days a month will amount to the year i was given in prerelease custody. The June 7, 2026 Release date to supervised release is without the (15) days of time credits.

BlAKE SANDLAIN #1225 0088
8307 Manor
Detroit, Michigan 48204

Clerk Of The Court
U.S. District Court
231 W. Lafayette Blvd
Detroit, Michigan 48226

RECEIVED
NOV 03 2025
CLERK'S OFFICE
DETROIT


