# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| BLAKE JOSEPH SANDLAIN, | Case No. 14-cr-20283 |
| Petitioner, | UNITED STATES DISTRICT COURT JUDGE GERSHWIN A. DRAIN |
| v. | |
| UNITED STATES OF AMERICA, | UNITED STATES MAGISTRATE JUDGE R. STEVEN WHALEN |
| Respondent. | |
| _____ / | |

## ORDER ENJOINING PETITIONER FROM FILING MOTIONS WITHOUT FIRST OBTAINING LEAVE OF COURT

On February 7, 2018, this Court determined that it would enjoin Petitioner Blake Joseph Sandlain from filing additional motions without first obtaining leave from this Court. *See* Dkt. No. 118.

Accordingly, Petitioner is ENJOINED and RESTRAINED from filing any new complaints in this district without first petitioning for and obtaining leave from the presiding judge of this Court.

**IT IS SO ORDERED.**

Dated: February 15, 2018

/s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
February 15, 2018, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk