UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLAKE SANDLAIN,

    Petitioner,                      Case No. 2:25-CV-13488

v.                          UNITED STATES DISTRICT COURT JUDGE

                                  GERSHWIN A. DRAIN

ERIC RARDIN,

    Respondent.

_____/

## OPINION AND ORDER SUMMARILY DISMISSING THE PETITION FOR A WRIT OF HABEAS CORPUS WITHOUT PREJUDICE

Petitioner Blake Sandlain, currently on home confinement with the Bureau Of Prisons in Detroit, Michigan, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Because Petitioner has been enjoined from filing lawsuits in this Court without first obtaining leave of the presiding judge, and such leave has not been granted, the Court dismisses the complaint.

In 2018, after reviewing Petitioner's voluminous and vexatious litigation history, the Court enjoined him from filing any new actions in this district "without first petitioning for and obtaining leave from the presiding judge of this Court." *See Sandlain v. United States*, No. 14-cr-20283, ECF No. 119, Order Enjoining Petitioner (Feb. 15, 2018). Petitioner has not alleged or demonstrated that he received permission from the presiding judge to file this lawsuit.

1

Petitioner failed to obtain the permission required under this Court's prior order to proceed with this case. Petitioner is enjoined from filing this petition for a writ of habeas corpus. *See, e.g.*, *Edwards v. Johns,* 450 F. Supp. 2d 755, 757 (E.D. Mich. 2006) (collecting cases); *see also In re Holbrook*, No. 2:21-CV-11487, 2021 WL 4053184, at *2 (E.D. Mich. Aug. 5, 2021).

Accordingly, Petitioner is barred from initiating this action and the petition [ECF No. 1] is DISMISSED WITHOUT PREJUDICE.

Dated: November 13, 2025

/s/ Gershwin A. Drain  
GERSHWIN A. DRAIN  
United States District Judge

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 13, 2025, by electronic and/or ordinary mail.

s/Marlena Williams  
Case Manager