UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLAKE SANDLAIN,

    Petitioner,

                                        Case No.: 2:25-cv-13488

v.                                       Hon. Gershwin A. Drain

ERIC RARDIN,

    Respondent.

_____/

## **JUDGMENT**

The above-entitled action came before the Court and in accordance with the Order entered on this date:

Judgment is hereby entered in favor of Defendant and against Plaintiff. This action is DISMISSED WITHOUT PREJUDICE.

Dated: November 13, 2025                        KINIKIA ESSEX
                                                        CLERK OF THE COURT

                                    BY:       Marlena Williams
                                                      CASE MANAGER