IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

BLAKE SANDLAIN                                                    JUDGE GERSHWIN A DRAIN

    PETITIONER                                                    CASE# 2:25-CV13488

VS.                         FILED
                         NOV 2 5 2025
UNITED STATES OF AMERICA    CLERK'S OFFICE
                            DETROIT
    RESPONDENTS


<u>MOTION FOR LEAVE OF THE COURT TO FILE A COGNIZABLE ISSUE REGARDING FIRST STEP ACT TIME CREDITS</u>

    COMES NOW, THE PETITIOINER BLAKE SANDLAIN, PRO SE, AND HEREBY RESPECTFULLY REQUESTS PERMISSION FROM THIS HONORABLE COURT TO FILE A COGNIZABLE ISSUE ATTACKING THE MANNER IN WHICH THE BUREAU OF PRISONS(BOP) IS FAILING TO EXECUTE MY FIRST STEP ACT TIME CREDITS.IN SUPPORT OF THIS MOTION, PLAINTIFF STATES AS FOLLOW:

1) OVERVIEW: THE FIRST STEP ACT(FSA) WAS ENACTED TO INCENTIVIZE PARTICIPATION IN RECIDIVISM REDUCTION PROGRAMS AND PRODUCTIVE ACTIVITIES BY GRANTING ELIGIBLE INMATES TIME CREDITS.
2) FAILURE TO EXCUTE TIME CREDITS: DESPITE FULFILLING THE CRITERIA AND PARTICIPATING IN THE REQUISITE PROGRAMS, THE BOP HAS FAILED TO APPLY THE FSA TIME CREDITS TO MY SENTENCE, THEREFORE AFFECTING MY PROPER PLACEMENT ON SUPERVISED RELEASE.
3) LEGAL BASIS: UNDER THE FIRST STEP ACT, ELIGIBLE INMATES SUCH AS PETITIONER WHO SUCCESSFULLY COMPLETE RECIDIVISM REDUCTION PROGRAMS ARE ENTITLED TO EARN TIME CREDITS TOWARDS PRERELEASE CUSTODY, OR SUPERVISED RELEASE.SEE,18 USC 3632 (D)(4)(C), AND BOP POLIICY 5140.41.
4) EFFORTS TO RESOLVE: PETITIONER HAS ATTEMPTED TO RESOLVE THE ISSUE THROUGH ADMINISTRATIVE REMEDIES BY REQUESTING THAT MY ACCUMULATED (FSA) TIME CREDITS ALLOW ME TO BE PLACED ON SUPERVISE RELEASE,AND THE B.O.P. HAS VERBALLY RESPONDED THAT APPLYING THE (FSA) TIME CREDITS STOP ONCE PLACED IN PRERELEASE CUSTODY,AND HAS FAILED TO RESPOND TO THE BP-9 WITHIN (30) DAYS THAT'S REQUIRED BY POLICY.SEE, ADMINISTRATIVE POLICY 1330.18.

5) REQUEST FOR JUDICIAL INTERVENTION: DUE TO THE BOP'S INACTION, PETITIONER SEEKS JUDICIAL INTERVENTION TO ENSURE PROPER EXECUTION OF THE (FSA) TIME CREDITS IN ACCORDANCE WITH FEDERAL LAW.
6) COGNIZABILITY OF THE ISSUE: THE MATTER INVOLVES A CLEAR STATUTORY OBLIGATION UNDER FEDERAL LAW, GRANTING THIS COURT JURISDICTION TO REVIEW THE IMPLEMENTATION AND ADHERENCE BY THE BOP TO SUCH STATUTORY OBLIGATIONS.
7) CONCLUSION: FOR THESE REASONS, PETITIONER RESPECTFULLY REQUEST THAT THIS COURT GRANT PERMISSION TO FILE THE COGNIZABLE ISSUE REGARDING BOP'S FAILURE TO EXECUTE FSA TIME CREDITS AS OUTLINED ABOVE.

WHERERFORE, PETITIONER PRAYS THAT THIS HONORABLE COURT GRANT THE MOTION FOR PERMISSION TO PROCEED WITH LEAVE OF THE COURT TO PURSUE

DATE: NOVEMBER 19, 2025

BALKE SANDLAIN

8307 MANOR

DETROIT MICHIGAN 48204

(313) 367-9963

SANDLAINb@gmail.com

Blake Sandlain
8307 Manor
Detroit, Michigan 48204

METROPLEX MI 480
20 NOV 2025 PM 4 L

Clerk of the Court
231 West Lafayette Blvd.
Detroit, Michigan 48226

RECEIVED
NOV 25 2025
CLERK'S OFFICE
DETROIT

48226-277758