UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLAKE SANDLAIN,

      Petitioner,                                       Case No. 2:25-CV-13488

v.                                     UNITED STATES DISTRICT COURT JUDGE

ERIC RARDIN,                           GERSHWIN A. DRAIN

      Respondent.

_____/

**OPINION AND ORDER VACATING IN PART THE COURT'S RESPONSIVE PLEADING ORDER (ECF No. 7) AND DIRECTING RESPONDENT TO FILE AN ANSWER TO THE PETITION WITHIN FIFTEEN (15) DAYS OF THIS ORDER, AND DIRECTING PETITIONER TO FILE A REPLY WITHIN SEVEN (7) DAYS OF THE ANSWER**

Blake Sandlain, ("petitioner"), filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This Court summarily dismissed the petition because Petitioner had been enjoined from filing lawsuits in this Court without first obtaining leave of the presiding judge due to his lengthy and vexatious litigation history and had not obtained leave from the presiding judge before filing the petition.

On April 24, 2026, this Court reopened the case and directed Respondent to file an answer within thirty (30) days of the order and Petitioner to file a reply, if he chose, within fifteen (15) days of the answer.

The United States Court of Appeals for the Sixth Circuit has now granted in part Petitioner's petition for mandamus and ordered this Court to vacate its briefing schedule and order a more time-sensitive briefing schedule and to rule on Petitioner's habeas petition in time to afford him effectual relief should he prevail. *In Re Sandlain,* No. 26-1043 (6th Cir. May 8, 2026).

1

In response to the Sixth Circuit's order, the briefing schedule is accelerated. Respondent shall file an answer to the petition within fifteen (15) days of the Court's order. *See Erwin v. Elo,* 130 F. Supp. 2d 887, 891 (E.D. Mich. 2001); 28 U.S.C. § 2243.  Petitioner has seven (7) days from the receipt of the answer to file a reply brief.

/s/ Gershwin A. Drain
GERSHWIN A. DRAIN
Dated: May 12, 2026                           United States District Judge